1 | NICHOLAS A. TRUTANICH
United States Attorney

2 | Nevada Bar Number 13644
KIMBERLY M. FRAYN

3 | Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100

4 | Las Vegas, Nevada 89101
Telephone: 702.388.6336

5 | Kimberly.Frayn@usdoj.gov

6 | *Attorneys for the United States*

Western District of Oklahoma
M-21-209-STE

FILED

U.S. MAGISTRATE JUDGE
Date: 8-19-2020
Time: 12:33PM

7 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

9 | UNITED STATES OF AMERICA,

Plaintiff,

10 | v.

11 | JESUS MAGANA-ROJAS,
    a.k.a. "Jesus Rojas-Loza,"

12 |    a.k.a. "Jesus Rojas-Losa,"
    a.k.a. "Jesus Marino-Rojas,"

13 |    a.k.a "Jesus Marana-Roja,"

14 |    Defendant.

15

Case No. 2:20-mj -730-VCF

**CRIMINAL COMPLAINT**

**VIOLATION**
Deported Alien Found in the United States
(8 U.S.C. § 1326(a) and (b))

16 |     BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned

17 | Complainant, being duly sworn, deposes and states:

18 |     <u>COUNT ONE</u>
    ***Deported Alien Found in the United States***

19 |     **(8 U.S.C. §1326(a) and (b))**

20 |     On or about March 8, 2020, in the District of Nevada,

21 |     **JESUS MAGANA-ROJAS,**
    a.k.a. "Jesus Rojas-Loza,"

22 |     a.k.a. "Jesus Rojas-Losa,"
    a.k.a. "Jesus Marino-Rojas,"

23 |     a.k.a "Jesus Marana-Roja,"

24

1  defendant herein, an alien, was found in the United States after having been deported and

2  removed therefrom on or about: August 23, 2012, September 7, 2012, February 27, 2013,

3  April 7, 2013, September 1, 2016, September 17, 2016, and December 15, 2018; having

4  reentered and remained in the United States, and not having obtained the express consent of

5  the Attorney General of the United States or the Secretary of Homeland Security to reapply

6  for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b).

7  ## PROBABLE CAUSE

8  I, Robert J. Abella, being duly sworn, do hereby depose and say:

9  1.     I have been employed with the United States Department of Homeland

10  Security ("DHS"), Immigration and Customs Enforcement ("ICE"), as a Deportation

11  Officer ("DO") since April 2003. I am currently assigned as a DO to the Las Vegas Office's

12  Violent Criminal Alien Section ("VCAS"). In this capacity, I investigate and process a

13  range of immigration related offenses mainly focusing on obtaining federal prosecutions

14  and indictments for violent criminal aliens, such as violations of 8 U.S.C. §§ 1325 and

15  1326.

16  2.     This affidavit is made in support of a criminal complaint against JESUS

17  MAGANA-ROJAS ("MAGANA" or "defendant"), also known as "Jesus Rojas-Loza,"

18  "Jesus Rojas-Losa," "Jesus Marino-Rojas," "Jesus Marana-Roja," for a violation of 8

19  U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. The information

20  contained in this affidavit is based on my own personal investigation and information

21  communicated to me by other law enforcement officers with personal knowledge of facts

22  relevant to this investigation. The affidavit is intended to show that there is probable cause

23  for the requested complaint and does not purport to set forth all of my knowledge of, or

24  investigation into, this matter.

3.     On March 8, 2020, Defendant was encountered at the Clark County Detention Center in Las Vegas, Nevada, by DO Mosley. Records indicated that Defendant is a citizen and national of Mexico, by virtue of birth, who was previously removed from the United States. Defendant was not in possession of valid immigration documents allowing him to be present or remain in the United States. An immigration detainer, ICE Form I-247, was lodged against him with the Clark County Detention Center on March 8, 2020.

4.     On or about May 13, 2020, I reviewed printouts from the National Crime Information Center ("NCIC") and the Treasury Enforcement Communications System ("TECS") relating to Defendant. Based on my training and experience, I know that the NCIC and the TECS databases contain records of arrests and convictions of individuals based on those individuals' Federal Bureau of Investigation ("FBI") number. I also know that an FBI number is assigned based on unique fingerprint characteristics, and that police departments routinely fingerprint each person who is booked into custody for identification purposes and inclusion into criminal history databases.

5.     A query of Defendant's automated criminal history confirmed that he had been convicted of the following felonies prior to his most recent removal, which subject him to the heightened penalty provisions of 8 U.S.C. § 1326(b):

a.     On or about January 29, 2013, defendant was convicted in the Superior Court of Arizona, Yuma County, in case number S1400CR201201042, of felony Attempt to Take Identity of Another Person, in violation of Arizona Revised Statute 13-2008.

b.     On or about May 17, 2016, defendant was convicted in the Seventh District Court of Utah, Emery County, in case number 16170038, of felony Attempt to

3

1 Possess Controlled Substance with Intent to Distribute (Methamphetamine), in violation of

2 Utah Code Section 58-37-8(1)(a)(iii).

3          c.     On or about August 3, 2016, defendant was convicted in the United

4 States District Court for the District of Utah, in case number 2:16-CR-259-RJS, of felony

5 Deported Alien Found in the United States, a violation of 8 U.S.C. § 1326.

6       6.     On May 13, 2020, I obtained the DHS Administrative File ("A-File") for the

7 subject assigned Alien Registration Number A 205 151 220, whose name of record is "Jesus

8 Magana-Rojas" (hereinafter, the "Magana A-File"). Based on my training and experience, I

9 know that a DHS A-File is a file maintained by DHS in which immigration records are

10 maintained for an alien admitted to, or found in, the United States. I also know that a DHS

11 A-File usually contains photographs, fingerprints, court records of conviction, and all

12 records relating to deportation or other actions by DHS – or its predecessor, the

13 Immigration and Naturalization Service ("INS") – with respect to the subject alien for

14 whom the DHS A-File is maintained. As discussed in more detail below, my review of the

15 Magana A-File confirmed that this A-File corresponds with Defendant.

16       7.     The Magana A-File contained the following documents and information,

17 among other things, regarding defendant's immigration status:

18          a.     Executed Warrants of Removal/Deportation (ICE Form I-205)

19 indicating that Defendant was officially removed and deported from the United States to

20 Mexico on or about: February 27, 2013, April 7, 2013, September 1, 2016, September 17,

21 2016, and December 15, 2018.

22          b.     Executed Alien Notice/Departure Verifications (ICE Form I-296)

23 indicating that Defendant was officially removed and deported from the United States to

24 Mexico on or about August 23, 2012, and September 7, 2012.

c.      I know from my training and experience that either a Warrant of Removal / Deportation (ICE Form I-205) or an Alien Notice/Departure Verifications (ICE Form I-296) is executed each time a subject alien is removed from the United States by ICE (and in the past by its predecessor agency, the INS) and usually contains the subject's photograph, signature, and fingerprints. The five executed Warrants of Removal / Deportation and two Alien Notice/Departure Verifications referenced above that I found in the Magana A-File contain the defendant's photograph, signature, and fingerprints.

d.      Various other documents indicating that MAGANA is a native and citizen of Mexico. These documents included: (i) Records of Deportable / Inadmissible Alien (Form I-213), dated: August 10, 2012, August 13, 2012, August 30, 2012, September 25, 2012, May 19, 2016, August 8, 2016, September 16, 2016, December 14, 2018, which states that Defendant is a native and citizen of Mexico; (ii) sworn statements by MAGANA, executed on August 14, 2012, August 31, 2012, May 19, 2016, and December 6, 2018, in which Magana stated that he was born in Mexico; and (iii) numerous photos in Magana's A-File associated with MAGANA's prior removals which appear to all be the same individual.

e.      The Magana A-File also contained documents related to Defendant's criminal convictions described above in Paragraph 5.

8.      On or about May 13, 2020, I reviewed certain printouts of ICE computer indices contained in the Magana A-File. Based on my training and experience, I know that ICE computer indices track and document each time an alien has been deported from the United States by ICE (or previously by the INS) or was granted permission to enter or re-enter the United States. The ICE computer indices confirmed that Defendant had been removed and deported on or about the dates indicated on the Warrants of Removal /

1  Deportation (ICE Form I-205) or the Alien Notice/Departure Verifications (ICE Form I-

2  296) found in the Magana A-File: August 23, 2012, September 7, 2012, February 27, 2013,

3  April 7, 2013, September 1, 2016, September 17, 2016, and December 15, 2018.

4       9.    Based on my review of the Magana A-File, I determined that it does not

5  contain any record of him ever having received permission from the Attorney General or his

6  designated successor, the Secretary of Homeland Security, to legally re-enter the United

7  States. Based on my training and experience, I know that such documentation is required to

8  re-enter the United States legally after deportation and that, if such documentation existed,

9  it would ordinarily be found in the Magana A-File.

10       10.    Based on my training, experience, and review of the contents of the Magana

11  A-File, in particular Defendant's sworn statements, the Alien Notice/Departure

12  Verifications, and the Warrants of Removal/Deportation, all of which indicate that

13  MAGANA had been deported to Mexico, I determined that MAGANA is an alien – that is,

14  a citizen of Mexico.

15       11.    Based on the above, I believe there is probable cause that JESUS MAGANA-

16  ROJAS, also known as "Jesus Rojas-Loza," "Jesus Rojas-Losa," "Jesus Marino-Rojas,"

17  "Jesus Marana-Roja," did violate 8 U.S.C. § 1326(a) and (b) (Deported Alien Found in

18  United States).

19  
                                      ROBERT J. ABELLA

20                                         Deportation Officer

                                       Immigration and Customs Enforcement

21  

  Attested to by the applicant in accordance with the requirements

22  of Fed. R. Crim. P. 4.1 by telephone on August ___, 2020.

23  

  HONORABLE CAM FERENBACH

24  UNITED STATES MAGISTRATE JUDGE